IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SEAN GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-5260-BCW |
| | ) | |
| RJ SMITH, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MICHAEL JONES, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CITY OF DIAMOND, MISSOURI, | ) | |
| | ) | |
| Defendants. | ) | |

## **WITNESS LIST**

COME NOW Defendants, RJ Smith, Michael Jones, and City of Diamond, Missouri ("City of Diamond"), by and through their counsel of record, Keck, Phillips & Wilson, L.L.C., and pursuant to Rule 26(a)(3) of the Fed. R. Civ. P. submit the following list of witnesses whom Defendants expect to be present at trial and those whom Defendants may call at trial if the need arises. In submitting this list, Defendants specifically reserve the right to: 1) withdraw at any time any witness; 2) supplement and/or amend this list in the event that additional materials are produced in this action or are discovered subsequent to the list's submission; 3) supplement and/or amend this list to use additional witnesses at trial as required for rebuttal and impeachment; 4) supplement and/or amend this list in response to the Court's rulings on pretrial motions including, but not limited to, motions *in limine* and motions for summary judgment; 5) supplement and/or amend this list as otherwise permitted by the Court; 6) call to testify any witness listed by Plaintiff and not objected to by Defendants; 7) supplement and/or amend this

list to add any and all witnesses necessary to identify and authenticate documents and other evidence; and 8) designate deposition testimony as appropriate.

### Fact and Lay Witnesses

1. Michael Jones, named Defendant, Diamond, Missouri

2. RJ Smith, named Defendant, Diamond, Missouri

3. Sean Gray, Plaintiff, Neosho, Missouri

4. Christopher Gray, Neosho, Missouri

5. Jasmine Gray, Neosho, Missouri

6. James Gray, Neosho, Missouri

7. Any witness listed by Plaintiff and not objected to by Defendants

### Retained and Non-Retained Expert Witnesses

1. None

2. Any retained and non-retained expert witnesses listed by Plaintiff and not objected to by Defendants.

3.

    Respectfully submitted,

    KECK, PHILLIPS & WILSON, L.L.C.

    By:___/s/Matthew D. Wilson___
        Matthew D. Wilson #59966
        Alexandra A. Sheppard #69341
        3140 E. Division
        Springfield, Missouri 65802
        Phone: 417-890-8989
        Fax: 417-890-8990
        matt@kpwlawfirm.com
        alex@kpwlawfirm.com
        Attorneys for Defendants

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and accurate copy of the foregoing document was sent via Missouri Courts filing and was provided by U.S. Mail, postage prepaid, this 28th day of January, 2019 to:

Mr. Sean Gray
1501 Pineville Road, #18
Neosho, MO 64850 /s/ Matthew D. Wilson
sunnymars@live.com Matthew D. Wilson